CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/18/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RONALD E. BLACK, <br> *Defendant,* <br><br> and <br><br> BANKER STEEL COMPANY – ATTN. PAYROLL, ITS SUCCESSORS OR ASSIGNS, <br> *Garnishee.* | CASE NO. 6:08-cr-00006-002 <br><br> **ORDER** <br><br> JUDGE NORMAN K. MOON |

Pursuant to the Memorandum Opinion issued this date, Defendant Ronald E. Black's motion, Dkt. 169, is **DENIED IN PART** to the extent that he seeks a modification of the defendants' joint and several liability for restitution.

However, the Court refers the parties to United States Magistrate Judge C. Kailani Memmer for a settlement conference to explore whether they can reach an agreed-upon garnishment amount or payment plan. The portion of the Defendant's motion seeking to reduce his garnishment will remain under advisement. The parties shall contact Judge Memmer's chambers to arrange the date and time for the settlement conference. Her chambers can be reached at memmer.ecf@vawd.uscourts.gov or 540-857-5135.

The Clerk shall send a copy of this Order to the Defendant.

It is so **ORDERED**.

Entered this \_\_18th\_\_ day of June, 2025.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE